UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBRA BARR,

           Plaintiff,

      -against-

GASTROMARKET LTD. d/b/a DEATH AVE BREWING
COMPANY and PRADERA REALTY CORP.,

           Defendants.

Case No. 16 CV 7505

---

    Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an agreement among them, to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Consent Stipulation. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated:

By: _____
Donald J. Weiss, Esq.
1 Penn Plaza, Suite 4701
New York, NY 10119
Tel. (212) 967-4440

*Attorneys for Plaintiff*
*Debra Barr*

By: s/ Erik M. Bashian
Erik M. Bashian, Esq. (EB 7326)
BASHIAN & PAPANTONIOU, P.C.
500 Old Country Road, Suite 302
Garden City, New York 11530
Tel. (516) 279-1554
Fax. (516) 213-0339

*Attorneys for Defendants*
*Gastromarket LTD. and*
*Pradera Realty Corp.*